432 A.2d 245

Commonwealth v. Bertolette, Appellant.

Submitted June 13, 1980. Brian P. Sullivan, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence is affirmed.

432 A.2d 245

Commonwealth v. Biggan, Appellant.

Argued June 9, 1980. Robert F. Creem, for appellant; Michael Vedomsky, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Judgment of sentence affirmed.